IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LEE NOWELL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23cv639 |
| | § | |
| T. HENRY, ET AL. | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that Plaintiff's lawsuit should be dismissed without prejudice for want of prosecution. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's amended complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

SIGNED this 2nd day of January, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE